UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM V. STICKLE,<br><br>            Plaintiff,<br><br>v.<br><br>COOK, WILLIAMS AND WOHLERS,<br><br>            Defendants. | Case No. 2:12-cv-01397-KJM-EFB<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINE BY 30 DAYS [PROPOSED]**<br><br>Magistrate Judge: Hon. Edmund F. Brennan |

PURSUANT TO THE PARTIES' JOINT STIPULATION AND FOR GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the joint stipulation, as follows:

1.  The date by which the parties must file a dispositive motion in this case is continued from June 5, 2013 to July 5, 2013.

IT IS SO ORDERED:

Dated: June 3, 2013

_____
Honorable Edmund F. Brennan
United States Magistrate Judge

1 | Respectfully submitted,
2 | Susan E. Coleman, (SBN 171832)
  | E-mail: scoleman@bwslaw.com
  | Martin Kosla, (SBN 247224)
3 | E-mail: mkosla@bwslaw.com
  | BURKE, WILLIAMS & SORENSEN, LLP
4 | 444 South Flower Street, Suite 2400
  | Los Angeles, CA 90071-2953
5 | Tel: 213.236.0600  Fax: 213.236.2700

6 | Attorneys for Defendant
  | S. WOHLERS and B. WILLIAMS, M.D.