1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM V. STICKLE,                        No.  2:12-cv-1397-KJM-EFB P

12                Plaintiff,

13        v.                                      ORDER

14    R. COOK, et al.,

15                Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.   He requests appointment of counsel and an extension of time to file his

19    opposition to defendants' motion for summary judgment.

20        District courts lack authority to require counsel to represent indigent prisoners in section

21    1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional

22    circumstances, the court may request an attorney to voluntarily to represent such a plaintiff. *See*

23    28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

24    *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional

25    circumstances" exist, the court must consider the likelihood of success on the merits as well as the

26    ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

27    involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered those factors,

28    the court finds there are no exceptional circumstances in this case.

1

The court will, however, grant plaintiff's request for an additional sixty (60) days in which to file his opposition.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 38) is granted and plaintiff has 60 days from the date this order is served to file his opposition to defendants' motion for summary judgment; and

2. Plaintiff request for appointment of counsel (ECF No. 37) is denied.

So ordered.

Dated:  July 23, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE