1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM V. STICKLE,                        No.  2:12-cv-1397-KJM-EFB P

12                     Plaintiff,

13           v.                                   ORDER

14    R. COOK, et al.,

15                     Defendants.

16

17           Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On September 17, 2012, the court granted plaintiff leave to proceed *in forma*

19    *pauperis* and ordered him to pay the $350 filing fee.  ECF No. 13.  The docket reveals, however,

20    that defendants paid that fee upon removing the case here from state court.  ECF No. 3.

21           Accordingly, it is hereby ORDERED that:

22           1.  The portion of the September 17, 2012 order directing payment of the filing fee by

23    deductions from plaintiff's inmate trust account is vacated;

24           2.  The California Department of Corrections and Rehabilitation (CDCR) and the Clerk of

25    the Court shall abandon efforts to collect the filing fee in this case;[1]

26    /////

27    _____

28    [1] A review of the court's financial records reveals that no funds have yet been collected from
plaintiff's inmate trust account to satisfy the filing fee in this action.

                                                   1

3.  The Clerk is directed to serve a copy of this order on the Director of CDCR and deliver a copy of this order to the Clerk's financial division.

Dated:  March 5, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE