UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM V. STICKLE, | No. 2:12-cv-1397-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| R. COOK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The United States Marshal has returned process directed to defendant Cook, with a notation indicating that the individual could not be located based on the information provided by plaintiff. ECF No. 62. Therefore, plaintiff must provide new information about how to locate defendant Cook for service of process. Plaintiff must proceed with haste because Fed. R. Civ. P. 4(m) requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is unreasonably denied or delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff a form USM-285.

/////

1

2. Within 30 days from the date this order is served, plaintiff must submit the attached Notice of Submission of Documents with the completed form USM-285 providing new instructions for service of process upon defendant Cook.

3. Failure to comply with this order within the time allowed or to show good cause for such failure will result in a recommendation that this action be dismissed as to defendant Cook.

Dated: May 8, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM V. STICKLE, | No. 2:12-cv-1397-KJM-EFB P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| R. COOK, et al., | |
| Defendants. | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_1\_\_          completed USM-285 form

DATED:

_____
Plaintiff

3