UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM V. STICKLE, | No. 2:12-cv-1397-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| R. COOK, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 27, 2014, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.  On March 31, 2014, this court adopted the findings and recommendations and denied summary judgment as to defendant Wohlers but granted summary judgment to defendant Williams.  On April 3, 2014, plaintiff filed belated objections to the findings and recommendations.

/////

/////

1

In an abundance of caution, the court now reconsiders its March 31, 2014 order adopting the findings and recommendations in light of plaintiff's objections. *See* Fed. R. Civ. P. 59(e) and 60(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has now conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that the order entered on March 31, 2014 (ECF No. 55) adopting in full the findings and recommendations, denying summary judgment as to defendant Wohlers and granting summary judgment to defendant Williams, is CONFIRMED.

DATED: May 14, 2014.

_____
UNITED STATES DISTRICT JUDGE